339 A.2d 761

**COMMONWEALTH of Pennsylvania**

v.

**William N. RIGGAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 7, 1974.

Decided July 7, 1975.

Norman A. Levine, George P. Micaschione, Asst. Public Defender, New Castle, for appellant.

Donald E. Williams, Dist. Atty., Joseph Solomon, New Castle, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The Court being equally divided, the judgment of sentence is affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.